IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:10-CV-309-FDW-DCK

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the March 13, 2010, Pacquaio/Clottey Broadcast, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GILMER OLMEO ALFARO, Individually and as officer, director, shareholder and/or principal of LATINOMEX, INC. d/b/a LEMPIRA RESTAURANT a/k/a LEMPINA-COMIDA a/k/a LEMPIRA, and LATINOMEX, INC. d/b/a LEMPIRA RESTAURANT a/k/a LEMPINA-COMIDA a/k/a LEMPIRA, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Considering the foregoing, IT IS HEREBY ORDERED that JULIE COHEN LONSTEIN, ESQ., be and hereby is, permitted to appear *pro hac vice* for Plaintiff for all purposes, including being heard in open court, in all aspects of the above-captioned matter.

Signed: July 12, 2010

David C. Keesler
United States Magistrate Judge